[No. 18914–0–I.   Division One.   July 22, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID DUANE HERTH, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86–1–00354–8, Susan R. Agid, J., entered June 24, 1986. *Affirmed* by unpublished opinion per Ringold, A.C.J., concurred in by Webster, J., and Williams, J. Pro Tem.

[No. 9371–5–II.   Division Two.   July 23, 1987.]

GEORGE E. HALVERSON, ET AL, *Appellants,* v. AMERICAN STATES INSURANCE COMPANIES, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 85–2–00562–3, John W. Schumacher, J., entered October 28, 1985. *Reversed* by unpublished opinion per Goodloe, J. Pro Tem., concurred in by Brown and Kolbaba, JJ. Pro Tem.

[No. 9405–3–II.   Division Two.   July 23, 1987.]

RICHARD M. BARRY, *Appellant,* v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent.*

Appeal from a judgment of the Superior Court for Thurston County, No. 84–2–00523–5, Richard A. Strophy, J., entered December 13, 1985. *Affirmed* by unpublished opinion per Goodloe, J. Pro Tem., concurred in by Brown and Kolbaba, JJ. Pro Tem.